# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER CABRERA,<br><br>    Petitioner,<br><br>    v.<br><br>JEFF MACOMBER,<br><br>    Respondent. | Case No. 1:15-cv-01547-LJO-EPG-HC<br><br>ORDER DIRECTING RESPONDENT TO FILE RESPONSE TO PETITIONER'S MOTION TO STAY PETITION |

Petitioner is proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On August 7, 2018, the undersigned issued findings and recommendation to deny the petition. (ECF No. 28).

On November 15, 2018, Petitioner filed the instant motion to stay the petition. (ECF No. 36). Petitioner argues a stay is necessary so that he can return to state court to exhaust new claims based on new evidence.

IT IS HEREBY ORDERED that Respondent SHALL FILE a response to Petitioner's motion to stay within twenty-one (21) days after the date of service of the motion. Petitioner may file a reply within seven (7) days after Respondent's response is served.

///

///

///

1

The current deadline for Petitioner to file objections to the findings and recommendation is December 6, 2018, and the Court previously informed Petitioner that no further extensions will be permitted absent extraordinary circumstances. (ECF No. 35). Petitioner's motion to stay does not change the deadline to file objections to the findings and recommendation.

IT IS SO ORDERED.

Dated: **November 16, 2018**        /s/ Erin P. Gross
UNITED STATES MAGISTRATE JUDGE